MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 06-378M |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR INDICTMENT |
| vs. ) | |
| ) | |
| SHERRY DEBBIE McCARTHY, ) | |
| Defendant. ) | |

The Court, having reviewed the stipulation by the parties, hereby finds that the reasons set forth therein for the requested 45 day extension to file an indictment against the defendant establish that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial. Accordingly,

IT IS HEREBY ORDERED that the date on or before which an indictment in this case must be filed against the defendant shall be extended from August 15, 2006 to September 29, 2006.

//

//

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME FOR INDICTMENT
(*Sherry McCarthy,* 06-378M)     -1-

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

//

IT IS FURTHER ORDERED that the period of delay from August 15, 2006 to September 29, 2006, is excludable time pursuant to 18 U.S.C. §§ 3161 through 3164.

DONE this 4th day of August, 2006.

*James P. Donohue* (signature)

James P. Donohue
U.S. Magistrate Judge

Presented by:

s/Jay W. Stansell, WSBA# 18752
Attorney for Sherry D. McCarthy
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100 voice
(206) 553-0120 facsimile
Jay_Stansell@fd.org email

s/ Jill Otake
Assistant United States Attorney
*Per telephone authorization*

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME FOR INDICTMENT
(*Sherry McCarthy,* 06-378M)                -2-

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100